

# UNITED STATES DISTRICT COURT
of the NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 JUN -7 A 8: 51
DEPUTY CLERK

Joshua Triplett,
*PLAINTIFF*

v

1. THE CITY OF IRVING;
2. Beth Van Duyne, in her official capacity as MAYOR OF THE CITY OF IRVING;
3. IRVING MUNICIPAL COURT;
4. Laura Anderson, in her official capacity as JUDGE LAURA ANDERSON;
5. Melinda Willwerth, in her official capacity as SENIOR WARRANT CLERK,
6. Candace Chapel, in her official capacity as CITY OF IRVING ATTORNEY
*DEFENDANTS*

CIVIL ACTION # 3-17CV1022-K

**JURY TRIAL DEMANDED**

## AMENDED COMPLAINT

Pursuant to Rule 15(a)(1)(A) &(B) amending as a matter of course, the original complaint was amended, due to the events that occurred after the filing of the original complaint. There is also a more detailed description of events in the STATEMENT OF FACTS, including the additional events listed in paragraph 5 and 6; along with a CLAIMS section and additions to the DEMAND FOR RELIEF section.

Violation of **15 USC 1692, Fair Debt Collections Practice Act (FDCPA), 15 USC 1692e(2)(A) &(7), 15 USC 1692f(1), 15 USC 1692g(D), 15 USC 1692i(2)(1)(A), 18 USC 242 Deprivation of rights under color of law** and **18 USC 241 Conspiracy against Rights.**

## STATEMENT OF FACTS

1. On 1/25/17, I discovered a debt owed by me to the IRVING MUNICIPAL COURT after disputing a Traffic citation giving to me on 4/26/16.

2. After I received the Traffic Citation on 4/27/16 with three claims on it, that had all my information wrong including my name, address at the time, Driver's License number and time and date of stop, I sent the Traffic citation (not signed) with a Special Appearance, challenging the jurisdiction of the

Municipal Court and an Affidavit of Truth about the traffic stop. They ignored my Jurisdictional challenge. After the pretrial hearing, I received a warning in the mail from the Municipal Court of a Warrant if I did not respond. I sent the document back with a letter stating that I do not agree to this contract and do not agree with those proceedings. Then I received an amended complaint of the original complaint, with only one claim on the complaint, with a statute from the **Texas Transportation Code** regarding the requirement of a license plate during a registration period. I sent them back a copy of the **Texas Transportation Code Sec. 502.003 Registration by Political Subdivisions Prohibited** and a letter stating that I did not have a contract regarding registration for my personal automobile. I did not receive anything else from the IRVING MUNICIPAL COURT or the City Attorney, regarding my answer to the amended complaint or a Court date.

3. After Discovering the debt, on 1/26/17, I sent a Debt Validation letter to validate the debt with a contractual agreement. IRVING MUNICIPAL COURT have not sent me a contract to validate the debt or a copy of a judgment from a District Court or a similar legal entity.

4. On 2/10/17, I sent a Notice of Claim to the CITY OF IRVING about the IRVING MUNICIPAL COURT violating the **(FDCPA)** and I haven't received any response from the CITY OF IRVING.

5. On 4/25/17 I was unlawfully arrested and detained, and my personal automobile was unlawfully taken for a debt that was not validated with a contract, or a judgment from a District Court or similar legal entity, and without giving me due process. On top of the debt to get out of jail, another $350 was added, without giving me due process for the claims that were brought against me on that day, in order to be released.

6. On 5/9/17, I received a letter from IRVING MUNICIPAL COURT, giving me the option to contest to the Debt from 4/27/16 and the additional debt from the claims brought against me the day of the arrest.

## CLAIM 1

Violation of (FDCPA) 15 USC 1692e(2)(A): False and Misleading representation, 15 USC 1692f(1): Unfair Practices, 15 USC 1692g(D): Validation of Debt, 15USC 1692i(2)(1)(A) Legal Action s by Debt Collector.

1.Plaintiff realleges paragraph 2-4 and 6

2. By doing these acts described above in paragraph 2-4 and 6, Defendants 1,3,4 and 6, caused/ or permitted the violation in this claim, acting as a Debt Collector/ or agents of a Debt Collector under oath.

## CLAIM 2

Violation of 18 USC 242: Deprivation of Rights under color of law, of the 4th and 5th Amendments

1. Plaintiff realleges paragraph 2-6

2. By doing these acts described in the paragraphs described in 2-6, Defendants 1-6 caused/ or permitted the violation in this claim, acting as a Debt Collectors/ or agents of a Debt Collector under oath.

### CLAIM 3

Violation of 18 USC 241: Conspiracy against rights, of the 4th and 5th Amendments.

1. Plaintiff realleges paragraphs 2-6

2. During these acts described in paragraphs 2-6, Defendants 1-6 caused/ or permitted the violation in this claim acting, as a Debt Collector/ or agents of a Debt Collector under oath.

### JURISDICTION

Consumer Credit is a federal question and the violations of the **(FDCPA)** gives jurisdiction to this court under **15 USC 1692k(d).**

### DEMAND FOR RELIEF

To be reimbursed for damages caused by the Defendants pursuant to 18 USC sec. 242 and 18 USC sec.241. Damages pursuant to **15 USC 1692k(a)(2)(a) & (B)(1).** Court cost, Process Server cost and Punitive damages.

*[signature]*