IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA TRIPLETT, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:17-CV-1022-K-BH |
| | § | |
| THE CITY OF IRVING, et al., | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Default Judgment,* received September 14, 2017 (doc. 24), is **DENIED**.

SO ORDERED.

**Signed October 10th, 2017.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE