IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA TRIPLETT, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:17-CV-1022-K |
| | § | |
| THE CITY OF IRVING, et al., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' 12(b)(6) Motion to Dismiss*, filed June 14, 2017 (doc. 12) is **GRANTED**, and the plaintiff's *Motion for Judgment on Pleadings*, filed October 25, 2017 (doc. 28) is **DENIED**. The plaintiff's claims are **DISMISSED** for failure to state a claim upon which relief can be granted. By separate judgment, all of the plaintiff's claims against the defendants will be **DISMISSED with prejudice**.

SO ORDERED.

Signed January 23rd, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE